HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
212-513-3551
212-385-9010 (fax)
charles.weiss@hklaw.com

Federal Bar No. CW-2628

Attorneys for Defendants,
Actavis Inc., Watson Laboratories, Inc.-Florida,
Actavis Pharma, Inc., Watson Pharmaceuticals,
Inc., and ANDA, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS INC., WATSON LABORATORIES, INC. – FLORIDA, ACTAVIS PHARMA, INC., WATSON LABORATORIES, INC., and ANDA, INC., <br><br> Defendants. | Civil Action No. 13-04740-RMB-JS |

 **[PROPOSED] ORDER EXTENDING TIME TO ANSWER (Filed Electronically)**

Subject to approval of the Court, defendants and plaintiff stipulate that the time for

defendants to respond to the Complaint is extended to and including September 25, 2013.  This is

defendants' second extension, the first having been granted by Clerk's Order pursuant to Local

Rule Civil Rule 6.1(b).

The date for defendants Actavis Inc., Actavis Pharma, Inc., and Watson Laboratories,

Inc., to respond is presently September 17, 2013.

The date for defendants Watson Laboratories, Inc.-Florida and Anda, Inc. to respond is presently September 18, 2013.

SAUL EWING LLP                         HOLLAND & KNIGHT LLP

Attorneys for Plaintiffs               Attorneys for Defendants

By:   /s Charles M. Lizza              By:   /s Charles A. Weiss
      CHARLES M. LIZZA                       CHARLES A. WEISS

DATED:  Sept. 17, 2013                 DATED:  Sept. 17, 2013

SO ORDERED:

JOEL SCHNEIDER, U.S.M.J.

DATED:  Sept.  17 , 2013

2