**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

---

SUPERNUS PHARMACEUTICALS INC.,          Civ. No. 13-4740 (RMB/JS)

        Plaintiff,

       v.

ACTAVIS INC. et al.,

        Defendants.

---

SUPERNUS PHARMACEUTICALS INC.,          Civ. No. 14-1981 (RMB/JS)

        Plaintiff,

                      **CONSOLIDATION ORDER**

       v.

ACTAVIS INC. et al.,

        Defendants.

---

     This matter having been raised by the Court sua sponte, and it appearing that the above-captioned matters involve common questions of law and fact, and the parties agreeing;

     IT IS on this **8th** day of **October 2015**,

     **ORDERED**, pursuant to Federal Rule of Civil Procedure 42(a), that Supernus Pharmaceuticals, Inc. v. Actavis Inc. et al., Civil Action No. 13-4740 (RMB/JS)and Supernus Pharmaceuticals, Inc. v. Actavis Inc. et al., Civil Action No. 14-1981 (RMB/JS) are hereby

1

consolidated for all purposes under Civil Action No. 13-4740, and
that Supernus Pharmaceuticals, Inc. v. Actavis Inc. et al., Civil
Action No. 13-4740, shall be designated the "Lead Case"; and it is
further

ORDERED that all future filings in the consolidated matters
shall be filed under the docket of the Lead Case; and it is further

ORDERED that the Clerk of the Court shall docket this Order
in each of the two individual actions; and it is further

ORDERED that the Clerk of the Court shall administratively
terminate Supernus Pharmaceuticals, Inc. v. Actavis Inc. et al.,
Civil Action No. 14-1981; and it is further

ORDERED that the Clerk of the Court shall identify on the docket
of each individual action the Lead Case and the member case.


s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge