UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                    **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                    October 7, 2015

**COURT REPORTER: TED FORMAROLI**

                                                   **Docket #**  13-cv-4740(RMB/JS)
                                                                14-cv-1981(RMB/JS)
**TITLE OF CASE:**                                               15-cv-369(RMB/JS)
                                                                15-cv-2499(RMB/JS)

SUPERNUS PHARMACEUTICALS, INC. VS. ACTAVIS, INC., ET AL.,
SUPERNUS PHARMACEUTICALS, INC. VS. TWI PHARMACEUTICALS, INC., ET AL.,

**APPEARANCES:**

William C. Baton, Esquire, Edward Haug, Esquire, Nicholas Giove, Esquire, Laura Chubb, Esquire, Andrew S. Roper, Esquire, Rachael P. McClure, Esquire and Camille Turner, Esquire for plaintiff
Howard S. Suh, Esquire, Charles A. Weiss, Esquire, Nicholas P. Chiara, Esquire, Jennifer C. Critchley, Esquire, Eleonore Ofosu-Antwi, Esquire and Leslie J. Kushner, Esquire for Actavis, Inc. defendants
Mary Pat Gallagher, Esquire, Don J. Mizerk, Esquire, Marc Richard Wezowski, Esquire for TWI Pharmaceuticals, Inc. defendants

**NATURE OF PROCEEDINGS:** MOTION HEARING AND MARKMAN HEARING

Hearing on [268] Motion for Summary Judgment by Actavis, Inc. defendants. (13-cv-4740)
Ordered motion denied.
Ordered 13-cv-4740 and 14-cv-1981 to be consolidated for all purposes.
Ordered further briefing by plaintiff due by 11/6/15 and defendants response due by 11/11/15.
Order to be entered.

Markman Hearing Held. (15-cv-369 and 15-cv-2499)
Decision Reserved.

Time commenced: 10:00 a.m.        Time Adjourned: 1:40 p.m.   Oral Argument
Total Time: 2 Hours and 40 Minutes

Time commenced: 1:40 p.m.         Time Adjourned: 4:50 p.m.   Markman Hearing
Total Time: 3 Hours and 10 Minutes

                              s/ *Arthur Roney*
                              DEPUTY CLERK

**cc: Chambers**