[Docket No. 268]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS, INC., et al., <br><br> Defendants. | Civil No. 13-cv-4740 (RMB/JS) <br><br> **ORDER** |

THIS MATTER having come before the Court upon Defendants' Motion for Summary Judgment [Docket. No. 268]; and the Court having reviewed the parties' submissions; and the Court having heard oral argument on October 7, 2015; and for the reasons set forth on the record;

IT IS HEREBY on this **14th** day of **October 2015**,

**ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 268] is **DENIED WITHOUT PREJUDICE**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE