

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

January 13, 2016

**VIA ECF AND FEDEX**

SO ORDERED this 13th day of January 20 16

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 1050
1 John F. Gerry Plaza
Camden, New Jersey 08101

*/s/ Renée Marie Bumb*
United States District Judge

Re: *Supernus Pharmaceuticals, Inc. v. Actavis Inc., et al.*
    Civil Action Nos. 13-4740 & 14-1981 (RMB)(JS)

Dear Judge Bumb:

This firm, together with Frommer Lawrence & Haug LLP, represents Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") in the above-captioned matters. We write regarding the January 22 date that Your Honor asked the parties to hold on their calendars on the last day of trial in the event Your Honor decided to have closing arguments.[1] The parties filed opening post-trial briefs and proposed findings on December 22, and will file responsive papers on the morning of January 19. Supernus's counsel is scheduled to appear before Judge Middlebrooks in the Southern District of Florida for a pretrial conference on January 20 for a trial commencing January 25. While Supernus does not believe that closing arguments are necessary unless the Court has any questions, we are writing now so that we can make necessary arrangements should the Court require our attendance on January 22.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: Hon. Joel Schneider, U.S.M.J.
    All Counsel (via e-mail)

*The Court does not intend to hear closing arguments and hopes this has not inconvenienced the parties.*

---

[1] Corrected Tr. at 1774:24-1775:3 ("In terms of closing argument, if I am going to have closing arguments, then I would propose that . . . it would be that Friday. The 22nd of January. Okay? If I have closing arguments. I'll let you know.").

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP